**No. 39609.**—Protests 501151–G, etc., of Schwarzenbach Huber Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39610.**—Protests 504646–G, etc., of Glensder Textile Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39611.**—Protests 543238–G, etc., of F. Schumacher & Co. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39612.**—Protests 827569–G, etc., of Wm. Hollins & Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39613.**—Protests 831523–G, etc., of Benrus Mfg. Co. et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, OCTOBER 14, 1938

**No. 39614.**—Protests 899432–G(A), etc., of Elizalde Co. et al. (Los Angeles, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, OCTOBER 17, 1938

**No. 39615.**—Protest 724994–G of Greenberg & Josefsberg (New York).

Opinion by SULLIVAN, J. It was stipulated that certain merchandise consists of so-called beach balls the same as that passed upon in *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) and rubber balls like those the subject of Abstract 27179. The claim at 30 percent under paragraph 1502 was therefore sustained.